UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANTE WALKER,

    Plaintiff,

v.                                                                Case No. 3:23cv8551-LC-HTC

OFFICE OF INTERNAL AFFAIRS,
 ESCAMBIA COUNTY SHERIFFS OFFICE,

    Defendant.
_____/

REPORT AND RECOMMENDATION

Plaintiff Dante Walker, proceeding pro se, initiated this action by filing a handwritten "Citizen's Complaint."  ECF Doc. 1.  However, the complaint was not accompanied by a motion to proceed *in forma pauperis* or a filing fee.  On April 21, 2023, the Court ordered Plaintiff to (1) file an amended complaint on the appropriate form and (2) either pay the filing fee or submit a motion to proceed *in forma pauperis*.  ECF Doc. 3.  The April 21 Order expressly warned Plaintiff that his failure to comply with it could result in a recommendation of dismissal.  *Id.* at 3.  However, Plaintiff failed to pay the fee or file any documents, despite being granted an extension of time to do so.  *See* ECF Doc. 5.  Thus, on June 9, 2023, the Court issued a show cause order, giving Plaintiff fourteen (14) additional days to comply with the

April 21 Order or show cause why the case should not be dismissed. ECF Doc. 6. To date, Plaintiff has not filed an amended complaint, paid the fee, submitted an *in forma pauperis* application, or otherwise responded to the June 9 Show Cause Order.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 30th day of June, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 3:23cv8551-LC-HTC