UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DANTE WALKER,

    Plaintiff,

v.                                            Case No. 3:23cv8551-LC-HTC

OFFICE OF INTERNAL AFFAIRS ESCAMBIA COUNTY SHERIFFS OFFICE,

    Defendant.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 30, 2023 (ECF No. 7), recommending this case be dismissed for failure to prosecute and failure to comply with Court orders. Attempts have been mede to furnish Plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable—no forwarding address.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to prosecute and to comply with Court orders.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of August, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv8551-LC-HTC